# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON
## DIVISION ONE

| | |
|---|---|
| In re the Detention of:<br><br>H.H.,<br><br>               Appellant. | No. 86515-3-I<br><br>DIVISION ONE<br><br>UNPUBLISHED OPINION |

PER CURIAM — H.H. appeals an order committing her for up to 14 days of involuntary treatment. She contends, and the State concedes, that the order must be vacated because the written findings are insufficient to permit appellate review. The State concedes and moves to vacate the 14-day commitment order and remand for entry of a further order consistent with this ruling. *See In re Detention of G.D.,* 11 Wn. App. 2d 67, 69-70, 450 P.3d 668 (2019) (boilerplate findings insufficient to permit meaningful review of determination that appellant presented a likelihood of serious harm to herself). The State does not seek a remand for entry of additional findings. Accordingly, we accept the concession of error and remand solely for an order vacating the order of commitment and dismissing the petition.

FOR THE COURT:

_____

Díaz, J.

_____, ACJ